Sue Y. Park (State Bar No. 207624)
Anton D. Jensen (State Bar No. 198301)
PARK JENSEN LLP
17541 17th Street, Suite 102
Tustin, CA 92780
Ph: 714-389-9836
sue@parkjensenlaw.com
tjensenesq@gmail.com

Attorneys for Plaintiff Jung Ho (John) Souh, as Administrator of the Estate of Jung Jun Souh

Sean P. Nalty CA Bar No. 121253
sean.nalty@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
One Embarcadero Center, Suite 900
San Francisco, CA  94111
Telephone:  415-442-4810
Facsimile:   415-442-4870

Attorneys for Defendant
SUN LIFE ASSURANCE COMPANY OF CANADA

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNG HO (JOHN) SOUH, AS ADMINISTRATOR OF THE ESTATE OF JUNG JUN SOUH,<br><br>Plaintiff,<br><br>v.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA; and DOES 1 through 10,<br><br>Defendants. | Case No.: 2:22-CV-00321-JAK-AS<br><br>**JOINT REPORT RE AGREED UPON PRIVATE NEUTRAL** |

The parties have agreed upon private mediator Arnold Levinson of ADR Services, Inc. and are in the process of scheduling a mediation.

Respectfully submitted,

Dated: May 2, 2022          **PARK JENSEN LLP**

                                       By: */s/ Anton D. Jensen*
                                           Anton D. Jensen
                                           Sue Y. Park
Attorneys for Plaintiff Jung Ho (John) Souh, as Administrator of the Estate of Jung Jun Souh

Dated: May 2, 2022          **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

                                       By: */s/ Sean P. Nalty*
                                           Sean P. Nalty
Attorneys for Defendant Sun Life Assurance Company of Canada